UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In Re: §
§
Gerald M Fortney § Case No. 20-10928
Alice A Fortney §
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/16/2020. The undersigned trustee was appointed on 03/16/2020.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                          $   2,821.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 1.45 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]                         $   2,819.55

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 08/04/2020 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $705.25. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests a sum of $705.25, for a total compensation of $705.25$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $75.05, for total expenses of $75.05$^2$.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/28/2021      By: /s/KEVIN M. COFFEY
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 20-10928 | SAH | Judge: | Sarah A. Hall | Trustee Name: | KEVIN M. COFFEY |
| Case Name: | Gerald M Fortney | | | | Date Filed (f) or Converted (c): | 03/16/2020 (f) |
| | Alice A Fortney | | | | 341(a) Meeting Date: | 04/17/2020 |
| For Period Ending: | 01/28/2021 | | | | Claims Bar Date: | 08/04/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2017 Kia Sportage Lx 2Wd Mileage: 53,000 2017 Kia Sportage Lx 2Wd (Approx. 53,000 Miles) 425 S. Marion Ave. Hinton, Ok 73047 | 12,500.00 | 0.00 | | 0.00 | FA |
| 2. Household Goods And Furnishings 425 S. Marion Ave. Hinton, Ok 73047 | 10,000.00 | 0.00 | | 0.00 | FA |
| 3. (2) Cell Phones, (3) Televisions, (1) Blue Ray Player, (1) Desktop Computer And (1) Laptop Computer 425 S. Marion Ave. Hinton, Ok 73047 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel 425 S. Marion Ave. Hinton, Ok 73047 | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Wedding Rings 425 S. Marion Ave. Hinton, Ok 73047 | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Checking Account With Bancfirst Account Number Ending In 1983 | 196.03 | 0.00 | | 0.00 | FA |
| 7. 401(K) Thru Work | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Possible Injury Claim From Auto Accident | Unknown | 0.00 | | 0.00 | FA |
| 9. Tax Refund (u) | 2,821.00 | 2,821.00 | | 2,821.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $31,017.03     $2,821.00     $2,821.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

04/20/2020: Tax refund asset
05/01/2020: Received payment from debtor
05/05/2020: Request notice to file claims
05/06/2020: Form 1 filed
08/04/2020: Claims due
08/18/2020: Request for court costs
02/28/2021: TFR withdrawn because of Debtor Gerald Fortney's personal injury case, Case No. CJ-2020-509 (District Court of Canadian County). Based upon defendant's limited insurance coverage in Case No. CJ-2020-509 (District Court of Canadian County), Trustee will re-submit the TFR.

Initial Projected Date of Final Report (TFR): 05/06/2022    Current Projected Date of Final Report (TFR): 05/06/2022    Exhibit A

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 20-10928 | Trustee Name: KEVIN M. COFFEY |
| Case Name: Gerald M Fortney | Bank Name: Axos Bank |
| Alice A Fortney | Account Number/CD#: XXXXXX1019 |
| | Checking |
| Taxpayer ID No: XX-XXX4866 | Blanket Bond (per case limit): $7,478,000.00 |
| For Period Ending: 01/28/2021 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/01/20 | 9 | Gerarald Fortney | tax refund payment | 1224-000 | $2,821.00 | | $2,821.00 |
| 06/19/20 | 2001 | International Sureties, LTD<br>701 Poydras St. Suite 420<br>New Orleans, LA 70139 | Chapter 7 Blanket Bond | 2300-000 | | $1.45 | $2,819.55 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $2,821.00 | $1.45 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $2,821.00 | $1.45 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,821.00 | $1.45 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                    Page Subtotals:    $2,821.00    $1.45

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1019 - Checking | $2,821.00 | $1.45 | $2,819.55 |
| | $2,821.00 | $1.45 | $2,819.55 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $2,821.00 |
| Total Gross Receipts: | $2,821.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 20-10928
Debtor Name: Gerald M Fortney
Claims Bar Date: 8/4/2020

Date: January 28, 2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Kevin M. Coffey<br>435 N. Walker, Suite 202<br>Oklahoma City, Ok 73102 | Administrative | | $0.00 | $705.25 | $705.25 |
| 100 2200 | Kevin M. Coffey<br>435 N. Walker, Suite 202<br>Oklahoma City, Ok 73102 | Administrative | | $0.00 | $75.05 | $75.05 |
| 4 280 5800 | Irs<br>P.O. Box 7346<br>Philadelphia Pa 19101-7346 | Priority | | $0.00 | $7,241.86 | $7,241.86 |
| 1 300 7100 | Lvnv Funding, Llc<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, Sc 29603-0587 | Unsecured | | $0.00 | $4,611.60 | $4,611.60 |
| 2 300 7100 | Lvnv Funding, Llc<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, Sc 29603-0587 | Unsecured | | $0.00 | $2,718.45 | $2,718.45 |
| 3 300 7100 | Aspire Serving Center<br>Attn: Bankruptcy<br>Po Box 659705<br>Des Moines, Ia 50265 | Unsecured | | $0.00 | $2,063.45 | $2,063.45 |
| 6 300 7100 | Local Loan<br>101 S Rock Island<br>El Reno, Ok 73036 | Unsecured | | $0.00 | $580.40 | $580.40 |
| 7 300 7100 | Portfolio Recovery Associates, Llc<br>Portfolio Recovery Associates, Llc<br>Pob 41067<br>Norfolk Va 23541 | Unsecured | | $0.00 | $1,832.78 | $1,832.78 |
| 8 300 7100 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-9617 | Unsecured | | $0.00 | $2,083.86 | $2,083.86 |

Page 1

Printed: January 28, 2021

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 20-10928
Debtor Name: Gerald M Fortney
Claims Bar Date: 8/4/2020

Date: January 28, 2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 9<br>300<br>7100 | Midland Credit Management, Inc.<br>Po Box 2037<br>Warren, Mi 48090 | Unsecured | | $0.00 | $714.81 | $714.81 |
| 10<br>300<br>7100 | Department Stores National Bank<br>C/O Quantum3 Group Llc<br>Po Box 657<br>Kirkland, Wa 98083-0657 | Unsecured | | $0.00 | $365.82 | $365.82 |
| 11<br>300<br>7100 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, Sd 57108-5027 | Unsecured | | $0.00 | $4,521.31 | $4,521.31 |
| 12<br>300<br>7100 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41021<br>Norfolk Va 23541 | Unsecured | | $0.00 | $716.41 | $716.41 |
| 13<br>300<br>7100 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41021<br>Norfolk Va 23541 | Unsecured | | $0.00 | $1,570.42 | $1,570.42 |
| 14<br>300<br>7100 | Lvnv Funding, Llc<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, Sc 29603-0587 | Unsecured | | $0.00 | $622.37 | $622.37 |
| 4<br>380<br>7300 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Unsecured | Penalty on unsecured priority claims | $0.00 | $1,283.80 | $1,283.80 |
| 5<br>400<br>4110 | Oklahoma Tax Commission<br>Legal Division<br>100 N Broadway Avenue, Ste 1500<br>Oklahoma City Ok 73102 | Secured | | $0.00 | $408.45 | $408.45 |
| | Case Totals | | | $0.00 | $32,116.09 | $32,116.09 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2                               Printed: January 28, 2021

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 20-10928
Case Name: Gerald M Fortney
     Alice A Fortney
Trustee Name: KEVIN M. COFFEY

Balance on hand         $    2,819.55

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | Oklahoma Tax Commission | $ 408.45 | $ 408.45 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors      $    0.00

Remaining Balance      $    2,819.55

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Kevin M. Coffey | $ 705.25 | $ 0.00 | $ 705.25 |
| Trustee Expenses: Kevin M. Coffey | $ 75.05 | $ 0.00 | $ 75.05 |

Total to be paid for chapter 7 administrative expenses      $    780.30

Remaining Balance      $    2,039.25

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,241.86 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Irs | $ 7,241.86 | $ 0.00 | $ 2,039.25 |
| | Total to be paid to priority creditors | | | $ 2,039.25 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $22,401.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Lvnv Funding, Llc | $ 4,611.60 | $ 0.00 | $ 0.00 |
| 2 | Lvnv Funding, Llc | $ 2,718.45 | $ 0.00 | $ 0.00 |
| 3 | Aspire Serving Center | $ 2,063.45 | $ 0.00 | $ 0.00 |
| 6 | Local Loan | $ 580.40 | $ 0.00 | $ 0.00 |
| 7 | Portfolio Recovery Associates, Llc | $ 1,832.78 | $ 0.00 | $ 0.00 |
| 8 | Jefferson Capital Systems LLC | $ 2,083.86 | $ 0.00 | $ 0.00 |
| 9 | Midland Credit Management, Inc. | $ 714.81 | $ 0.00 | $ 0.00 |
| 10 | Department Stores National Bank | $ 365.82 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Citibank, N.A. | $ 4,521.31 | $ 0.00 | $ 0.00 |
| 12 | Synchrony Bank | $ 716.41 | $ 0.00 | $ 0.00 |
| 13 | Synchrony Bank | $ 1,570.42 | $ 0.00 | $ 0.00 |
| 14 | Lvnv Funding, Llc | $ 622.37 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $1,283.80 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | INTERNAL REVENUE SERVICE | $ 1,283.80 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |